IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIMBERLY ANN ALSTON                     *

     Plaintiff,                        *

v.                                      *       Civil No:

EQUIFAX INFORMATION                     *
SERVICES, LLC
                                        *

     Defendant.

## NOTICE OF REMOVAL

COMES NOW, Defendant Equifax Information Services LLC, by counsel, and hereby files this Notice of Removal of this action from the Circuit Court for Prince George's County, Maryland, wherein it is now pending as Case No. CAL 13-03903, to the United States District Court for the District of Maryland, Southern Division. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Equifax Information Services LLC shows this Court as follows:

1.    An action was filed on February 5, 2013 in the Circuit Court for Prince George's County Maryland, entitled *Kimberly Ann Alston v. Equifax Information Services LLC.,* Case No. CAL 13:03903 (the "State Court Action").

2.    Equifax was served with the Complaint on February 25, 2013.

3.    This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for her action and her claims for relief.

4.    This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States;

1

330121

specifically 15 U.S.C. §§ 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a)   Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (*See* Plaintiff's Complaint, ¶ 12, attached as Exhibit A).

(b)   The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5.   Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to the Plaintiff and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

6.   Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax in the State Court Action.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

Respectfully submitted,


_____/s/ Nathan D. Adler_____
Nathan D. Adler
Bar No: 22645
Neuberger, Quinn, Gielen, Rubin
 & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202-3282
Telephone: (410) 332-8516
Fax: (410) 332-8517
E-mail: nda@nqgrg.com

Attorneys for Defendant,
Equifax Information Services LLC

2

330121

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of March, 2013 a copy of the foregoing

Notice of Removal was sent via first class mail postage prepaid to:

Kimberly Ann Alston
10012 Cedarhollow Lane
Largo, Maryland 20774


_____/s/ Nathan D. Adler_____
Nathan D. Adler

3

330121