IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIMBERLY ANN ALSTON        )
                           )
        Plaintiff,         )
                           )
v.                         )   Case No.: 8:13-cv-00934-~~AW~~ GLR
                           )
EQUIFAX INFORMATION        )
SERVICES, LLC              )
                           )
                           )
        Defendant.         )
_____)

## ORDER

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiff, Kimberly Ann Alston, against Defendant EQUIFAX INFORMATION SERVICES LLC only, be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear its own costs.

This 2nd day of January, 2014

_____
George L. Russell, III
United States District Judge