IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIMBERLY ANN ALSTON, | : |
|     Plaintiff, | : |
| v. | : |
| |    Civil Action No. GLR-13-934 |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | : |
| | : |
|     Defendants. | : |

**ORDER**

THIS MATTER is before the Court on Plaintiff's, Kimberly Ann Alston, Motion to Strike Defendant Experian Information Solutions, Inc.'s Affirmative Defenses Pursuant to Rule 12(f) ("Motion to Strike"), and Defendant's, Dimensions Health Corporation d/b/a Prince George's Hospital Center ("DHC"), Motion to Dismiss or, in the Alternative, for Summary Judgment ("Motion to Dismiss"). For the reasons stated in the foregoing Memorandum Opinion, it is this 11th day of February, 2014, hereby ORDERED:

1. Ms. Alston's Motion to Strike (ECF No. 25) is GRANTED. Experian shall have twenty days from the date of this Order to amend its affirmative defenses;

2. DHC's Motion to Dismiss or, in the Alternative, for Summary Judgment (ECF No. 31) is GRANTED; and

3. DHC is DISMISSED from this case.

                                                                                    /s/
                                          _____
                                          George L. Russell, III
                                          United States District Judge