UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

KIMBERLY ANN ALSTON,

    Plaintiff,

v.

    Civil Action No. GLR-13-934

PRINCE GEORGE'S HOSPITAL, INC.,

    Defendant.

**VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Kimberly Ann Alston hereby voluntarily dismisses with prejudice the above captioned matter against Defendant Prince George's Hospital, Inc. with each side to bear its own fees and costs.

Dated: April 17, 2014.

_/s/ Kimberly Ann Alston_
Kimberly Ann Alston
10012 Cedarhollow Lane
Largo, Maryland 20774
Plaintiff Pro Se

APPROVED THIS 22nd DAY OF April 20 14.

_/s/ George L. Russell_
GEORGE L. RUSSELL, III, U.S.D.J.